IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHET MURRY                                                                                          PETITIONER
ADC #088146

V.                                        NO. 5:06CV00014 WRW

LARRY NORRIS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  No objections have been filed and the time for doing so has passed.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice to Petitioner's refiling after completion of his belated-appeal proceedings in state court, if necessary.

IT IS SO ORDERED this 16th day of May, 2006.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE